HONORABLE JOHN C. COUGHENOUR

UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS,<br><br>Plaintiff,<br><br>v.<br><br>POTELCO, INCORPORATED,<br><br>Defendant. | NO. C08-1707-JCC<br><br>CR 10(g) STIPULATION AND ORDER SETTING ASIDE ORDER OF DEFAULT AND AMENDING ORDER RE INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT |

Defendant Potelco, Incorporated and Plaintiff Washington and Northern Idaho District Council of Laborers stipulate as follows:

1. That there is good cause under Fed. R. Civ. P. 55(c) for the January 5, 2009 Order of Default against defendant to be set aside.

2. That defendant has paid $3,500 to plaintiff for its cost of preparing its Motion for Default and its Motion for Summary Judgment on Liability and Request for Hearing to Determine Damages, which motion plaintiff has withdrawn.

3. Since the dates in the Order Regarding Initial Disclosures, Joint Status Report and Early Settlement have passed, the following revised schedule is appropriate:

**STIPULATION TO SET ASIDE ORDER OF DEFAULT & AMEND ORDER RE INITIAL DISCLOSURES, JOINT STATUS REPORT & EARLY SETTLEMENT -- 1**

**HEDEEN & CADITZ, PLLC**
425 Pike Street, Suite 600
Seattle, Washington 98101-4078
(206) 903-9953  (206) 903-9956 FAX

| | |
|---|---|
| 1 | Deadline for FRCP 26(f) conference (40 days). . . . . . . . . . . 2/20/09 |
| 2 | Initial Disclosure Pursuant to FRCP 26(a). . . . . . . . . . . . . . .2/27/09 |
| 3 | Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f), and Local Rule CR 16. . . . . . . . . .3/06/09 |

DATED this 3rd day of February, 2009.

HEDEEN & CADITZ, PLLC

By   /s/_____
    Bryan D. Caditz WSBA#15243
425 Pike Street, Suite 600
Seattle, WA 98101-4078
(206) 903-9953
(206) 903-9956 (fax)
bryan@hedeencaditz.com

Attorneys for Defendant

SCHWERIN CAMPBELL BARNARD
IGLITZIN & LAVITT LLP

By   /s/_____
    Dmitri Iglitzin WSBA#17673
18 West Mercer Street, Suite 400
Seattle, WA 98119
(206) 285-2828
(206) 378-4132 (fax)
Iglitzin@workerlaw.com

Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, the Court's January 5 Order of Default (Dkt. No. 6) is set aside. The parties may comply with the deadlines for Rule 26(f) Conference and Initial Disclosures as stipulated and are ORDERED to appear for a scheduling conference on March 10, 2009, at 9:00am.

**STIPULATION TO SET ASIDE ORDER OF DEFAULT & AMEND ORDER RE INITIAL DISCLOSURES, JOINT STATUS REPORT & EARLY SETTLEMENT -- 2**

HEDEEN & CADITZ, PLLC
425 Pike Street, Suite 600
Seattle, Washington 98101-4078
(206) 903-9953   (206) 903-9956 FAX

DATED this 18th day of February, 2009.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

**STIPULATION TO SET ASIDE ORDER OF DEFAULT & AMEND ORDER RE INITIAL DISCLOSURES, JOINT STATUS REPORT & EARLY SETTLEMENT -- 3**

**HEDEEN & CADITZ, PLLC**
425 Pike Street, Suite 600
Seattle, Washington 98101-4078
(206) 903-9953   (206) 903-9956 FAX