1                                        THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS, | Case No. C08-1707-JCC |
| Plaintiff, | |
| v. | ORDER |
| POTELCO, INC., | |
| Defendant. | |

This matter comes before the Court on the Parties' Joint Stipulation for Order of Dismissal. (Dkt. No. 28.) The parties have indicated that this matter has been settled. According to the terms of the stipulation, the Court here by DISMISSES this matter with prejudice and without the award of costs or fees to any party. The Court also STRIKES the pending Motion for Summary Judgment (Dkt. No. 24) as moot, without prejudice. The Clerk is DIRECTED to close the case.

DATED this 15th day of December, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1